UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ABDI YARROW ALI,<br><br>Petitioner,<br><br>v.<br><br>CLAY COUNTY SHERIFF,<br><br>Defendant. | Civil No. 25-3983 (JRT/LIB)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Abdi Yarrow Ali, Clay County Jail, 800 9th Street North, P.O. Box 280, Moorhead, MN 56561, Pro Se Petitioner.

Thomas R. Ragatz, **MINNESOTA ATTORNEY GENERAL'S OFFICE – CRIMINAL APPEALS**, 445 Minnesota Street, Suite 1400, St. Paul, MN 55101, for the Defendant.

Based upon the Report and Recommendation by United States Magistrate Judge Leo I. Brisbois dated November 19, 2025 (Docket No. [3]), along with all the files and records, and because no objections to the Report and Recommendation have been filed,

**IT IS HEREBY ORDERED** that:

    1. this action be **DISMISSED** without prejudice under Rule 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

DATED: February 4, 2026                  /s/ John R. Tunheim
at Minneapolis, Minnesota.                JOHN R. TUNHEIM
                                                           United States District Judge